(December 24, 2003)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN JONES, Appellant. [768 NYS2d 716]—Appeal from a judg-

ment of the County Court of Chemung County (Buckley, J.), rendered February 26, 2001, which revoked defendant's probation and imposed a sentence of imprisonment.

Defendant was serving lifetime probation following his 1999 conviction of attempted criminal sale of a controlled substance in the third degree when he was charged with violating various terms of his probation due to his multiple arrests, unsuccessful attempts to complete a drug treatment program and his failure to notify his probation officer of his employment status. Pursuant to a plea agreement, defendant pleaded guilty to violating the terms of his probation and was sentenced as a second felony offender to a prison term of 4 to 8 years. We are unpersuaded by defendant's contention that the sentence imposed was harsh and excessive. Given defendant's criminal history, we find no extraordinary circumstances warranting a reduction of the agreed-upon sentence (*see People v Pidcoe,* 294 AD2d 715 [2002]; *People v Simmons,* 279 AD2d 892 [2001], *lv denied* 96 NY2d 834 [2001]).

Spain, J.P., Mugglin, Rose, Lahtinen and Kane, JJ., concur. Ordered that the judgment is affirmed.